IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FEDERAL NATIONAL**     **PLAINTIFF**
**MORTGAGE ASSOCIATION**

v.     **CASE NO. 4:23-CV-00788-BSM**

**EASTSIDE LOFT APARTMENTS**
**PHASE II LIMITED PARTNERSHIP,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Federal National Mortgage Association's motions for a temporary restraining order, preliminary injunction, and the appointment of a receiver [Doc. Nos. 2 & 3] are granted because defendant Eastside Loft Apartments Phase II Limited Partnership failed to timely respond to the complaint and a clerk's default has been entered. *See* Doc. No. 16.

Tarantino Properties, Inc. is appointed receiver of the Mortgaged Property (as defined in the verified complaint, Doc. No. 1) and has all authority and responsibility requested in the verified complaint. Tarantino will be paid a one-time set-up fee of $1500, a monthly receiver fee of $1500, and a monthly management fee of $2750.

Eastside is ordered to immediately surrender possession of the Mortgaged Property to Tarantino, to account for all rents that it has collected since default, to remit all those rents to Tarantino, and to turn over to Tarantino all books, records, and accounts affecting the Mortgaged Property. Moreover, Eastside and all others acting on its behalf are enjoined from: (1) transferring, selling, converting, assigning, or disposing of any Mortgaged Property; (2) removing, altering, and destroying any books, accounts, or records relating to

the Mortgaged Property; and/or (3) disbursing, collecting, and converting rents and other Mortgaged Property.

    IT IS SO ORDERED this 24th day of October, 2023.

                                                  _/s/ Brian S. Miller_
                                             UNITED STATES DISTRICT JUDGE