IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br> Plaintiff,<br><br>v.<br><br>EASTSIDE LOFT APARTMENTS PHASE II LIMITED PARTNERSHIP, ARKANSAS DEVELOPMENT FINANCE AUTHORITY, AND ARVEST BANK,<br><br> Defendants. | Case No. 4:23-cv-00788-BSM |

**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF COSTS**

Plaintiff Federal National Mortgage Association's ("Plaintiff") Motion for Approval of Costs (ECF No. 35) is granted.

Pursuant to the June 10, 2024 Amended Judgment and Decree of Foreclosure ("Amended Judgment and Decree") (ECF No. 29), the Court awarded Plaintiff a judgment *in rem* against the Mortgaged Property in the amount of $824,228.06, together with interest, additional funds expended, advanced, or otherwise paid by Plaintiff for the benefit of the Mortgaged Property and/or in connection with the foreclosure of the property, and reasonable attorneys' fees and costs through the foreclosure sale. *Id*. at ¶ A.

Pursuant to the Amended Judgment and Decree, Plaintiff's Motion seeks approval of additional costs, interest and reasonable attorneys' fees in the amount of $459,707.18.

1

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, Plaintiff is awarded additional costs, interest and reasonable attorneys' fees in the amount of $459,707.18 to be added to the $824,228.06 awarded to Plaintiff in the Amended Judgment and Decree.

IT IS SO ORDERED this 14th day of January, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE