IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, </br></br>　　　Plaintiff, </br></br> v. </br></br> EASTSIDE LOFT APARTMENTS PHASE II LIMITED PARTNERSHIP, ARKANSAS DEVELOPMENT FINANCE AUTHORITY, AND ARVEST BANK, </br></br>　　　Defendants. | ) </br> ) </br> ) </br> ) Case No. 4:23-cv-00788-BSM </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISBURSEMENT OF DEPOSIT IN THE REGISTRY**

This matter came before the Court on the Motion for Disbursement of Deposit in the Registry filed by Plaintiff Federal National Mortgage Association and third party, Pabani Brothers, LLC. The Motion seeks disbursement of the $124,736.00 which Pabani Brothers, LLC ("Pabani") deposited in connection with the July 25, 2024 foreclosure sale, on which Pabani did not ultimately close. Based on the Motion and the entire record in this cause, the Court grants the Motion.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, the Clerk of the Court is directed to disburse the $124,736.00 in the registry as follows:

1.　$43,729.04 is to be paid via check to Federal National Mortgage Association and sent to counsel for Plaintiff.

2.　$81,006.96 is to be paid via check to Pabani Brothers, LLC and sent to counsel for Pabani Brothers, LLC.

IT IS SO ORDERED this 14th day of January, 2025.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR ENTRY:

Robert F. Tom (Ark. Bar No. 2013026)
BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  901.577.2159
Facsimile: 901.577.0818
rtom@bakerdonelson.com
*Counsel for Plaintiff Federal National Mortgage Association*


Reed Moody (Ark. Bar No. 2018178)
Edward O. Moody, PA
801 W 4th Street
Little Rock, Arkansas 72201
*Counsel for Pabani Brothers, LLC*

2