### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FEDERAL NATIONAL MORTGAGE**                                    **PLAINTIFF**
**ASSOCIATION**


**v.**                                    **CASE NO. 4:23-CV-00788-BSM**


**EASTSIDE LOFT APARTMENTS**
**PHASE II LIMITED PARTNERSHIP,**
**ARKANSAS DEVELOPMENT**
**FINANCE AUTHORITY, AND**
**ARVEST BANK**                                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 17th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE